Commonwealth, Appellant, *v.* Peters.

616

Argued May 3, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

*Arthur R. Makadon,* Assistant District Attorney, with him *James Shellenberger,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant.

*John S. Manos,* with him *DePaul and Manos,* for appellee.

OPINION PER CURIAM, July 2, 1973:

The order of the Court of Common Pleas, Criminal Trial Division, of Philadelphia, entered November 16, 1972, suppressing appellee's statements, is affirmed on the basis of *Commonwealth v. Tingle,* 451 Pa. 241, 301

A. 2d 701 (1973), *Commonwealth v. Futch,* 447 Pa. 389, 290 A. 2d 417 (1972).

As for the Commonwealth's allegation that our decision in *Futch, supra,* should not apply to any arrest made prior to the date of that opinion, we find this contention to be without merit. Our decision in *Futch* merely interpreted Rule 118 of Pennsylvania Rules of Criminal Procedure, which became effective May 1, 1970. The principles announced in *Futch* were the law in this Commonwealth after the effective date of Rule 118.[1]

Mr. Chief Justice JONES and Mr. Justice EAGEN dissent.

Mr. Justice NIX took no part in the consideration or decision of this case.

---

[1] Compare the predecessor to Rule 118, Rule 116(a), which became effective January 1, 1965.